# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWNER OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC. *et al.*, | : <br> : <br> :    No. 1:18-cv-00608-YK |
| Plaintiffs, | : <br> :    (Judge Yvette Kane) |
| v. | : <br> : |
| PENNSYLVANIA TURNPIKE COMMISSION *et al.*, | : <br> : <br> : |
| Defendants. | : |

## DECLARATION OF BRUCE P. MERENSTEIN

I, Bruce P. Merenstein, state and declare as follows:

1. On February 6, 2018, Governor Wolf issued the Governor's Executive Budget for 2018-19. A true and correct copy of excerpts of the Executive Budget is attached as Exhibit 1 to this Declaration. A full copy of the Executive Budget can be obtained from the web site of the Commonwealth of Pennsylvania Office of the Budget at http://www.budget.pa.gov/PublicationsAndReports/CommonwealthBudget/Pages/default.aspx.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: July 20, 2018

>  /s/ Bruce P. Merenstein
>  Bruce P. Merenstein

**CERTIFICATE OF SERVICE**

I, Bruce P. Merenstein, hereby certify that this 20th day of July 2018, I caused the foregoing Declaration of Bruce P. Merenstein to be filed and served on all counsel of record via the Court's ECF system, where it is available for viewing and downloading.

/s/ Bruce P. Merenstein
Bruce P. Merenstein