**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OWNER OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., ET AL.** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **No. 1:18-cv-00608-YK** |
| **PENNSYLVANIA TURNPIKE COMMISSION, ET AL.** | : | **(Judge Kane)** |
| **Defendants.** | : | |

**THE PENNSYLVANIA TURNPIKE COMMISSION DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LR 7.36**

The Third Circuit's November 27, 2018 precedential opinion in *United States v. Baroni*, No. 17-1817, is relevant to the pending motions related to Count II of Plaintiffs' Complaint, asserting a violation of their right to interstate and intrastate travel.

In *Baroni*, the Third Circuit held that, "although four circuits (including our own) have found some form of a constitutional right to intrastate travel, there is hardly a 'robust consensus' that the right exists, let alone clarity as to its contours." Slip Op. at 76. Accordingly, the defendants were afforded what amounted to qualified immunity. *Id*.

November 28, 2018

**DUANE MORRIS LLP**

By: /s/ Robert L. Byer
Robert L. Byer
Lawrence H. Pockers
Brian J. Slipakoff
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1000
Fax: 215-979-1020

*Counsel for Defendants, Pennsylvania Turnpike Commission, Leslie S. Richards, solely in her official capacity as Chair of the Pennsylvania Turnpike Commission, William K. Lieberman, in his official capacity, Barry T. Drew, Pasquale T. Deon Sr., John N. Wozniak, Mark P. Compton, and Craig R. Shuey, in his official capacity*

**CERTIFICATE OF SERVICE**

On November 28, 2018, I served all parties by filing the foregoing on the Court's ECF filing system.

*/s/ Robert L. Byer*

DM1\9197111.1