# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWNER OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., *et al.*, | : : : |
| Plaintiffs, | : Case No. 1:18-CV-00608-YK : |
| vs. | : Judge Yvette Kane : |
| PENNSYLVANIA TURNPIKE COMMISSION, *et al.*, | : Electronically Filed Document : : |
| Defendants. | : |

## **PLAINTIFFS' SUPPLEMENTAL STATEMENT OF MATERIAL FACTS**

Plaintiffs' Complaint alleges that "[t]he tolls imposed upon those who use the Pennsylvania Turnpike are an undue burden on interstate commerce and an impairment on the right of persons to travel," Doc 1, ¶ 7; that "PTC's tolls unduly burden interstate commerce by causing the Pennsylvania Turnpike System to be used as a revenue-generating facility designed to underwrite expenses incurred by PennDOT in providing services and facilities throughout the Commonwealth that have no functional relationship to the Pennsylvania Turnpike System," *id*., ¶ 97; and that the tolls "are excessive and are imposed for improper purposes thus constituting an undue burden on interstate commerce." *Id.*, ¶ 107.

I.     **The Tolls on the Pennsylvania Turnpike Are a Burden on Interstate Commerce and Unduly Burden Citizens' Right to Travel.**

Plaintiffs' Statement of Material Facts filed in support of their Motion for Partial Summary Judgment (Doc. 86), filed in support of Plaintiffs' Motion for Partial Summary Judgment (Doc. 84) on June 29, 2018, asserted that the excessive tolls on the Pennsylvania Turnpike have had the effect of deterring travel on the Turnpike and unduly burden interstate commerce.  *See* Doc. 86, ¶¶ 38-50. Specifically, Plaintiffs stated that "[a]nnual costly toll increases place an undue burden on Pennsylvanians," citing the Pennsylvania Attorney General's Performance Audit of the Pennsylvania Turnpike Commission.

Defendants Richards and Wolf objected to this particular statement on hearsay grounds.  *See* Doc. 91, ¶ 38.  However, on November 27, 2018, in an interview with KDKA Radio, Governor Wolf made the following statements:

- "People using the turnpike are paying too much."

- "The turnpike really is driving business away."

- "[Act 44] just turned out to be too burdensome for the turnpike, and obviously for the people who use the turnpike."

*See Gov. Tom Wolf: Rising cost of turnpike tolls 'driving business away' from Pa.*, Tribune-Review (Nov. 27, 2018), https://triblive.com/state/pennsylvania/14342096-74/gov-tom-wolf-rising-cost-of-turnpike-tolls-driving-business-away-from (Exhibit 1 hereto); Dave Lemery, *Wolf sees bipartisan support for addressing Pennsylvania*

*Turnpike toll hikes*, Watchdog.org (Nov. 28, 2018), https://www.watchdog.org/pennsylvania/wolf-sees-bipartisan-support-for-addressing-pennsylvania-turnpike-toll-hikes/article_f7157014-f28c-11e8-aa43-bff9888efd35.html (Exhibit 2 hereto) (both excerpting portions of interview with Governor Wolf). Pursuant to F.R.E. 801(d)(2),[1] Governor Wolf's statements are admissible as the statement of a party opponent to establish Plaintiffs' positions that:

- The tolls on the Turnpike are excessive ("People using the turnpike are paying too much");

- The tolls unduly burden interstate commerce and deter travel on the Turnpike ("The turnpike really is driving business away"; and "[Act 44] just turned out to be too burdensome for the turnpike, and obviously for the people who use the turnpike.")

## II. The Excess Tolls Are Used to Support Projects That Have No Functional Relationship to the Turnpike.

Plaintiffs also asserted that the excessive toll revenues are used to support projects and services having no functional relationship to the Turnpike. *See* Doc. 86, ¶¶ 24-37. Governor Wolf's statement that "[Act 44] is transferring money into highways, construction outside the turnpike, which is the idea, but it's just too

---

[1] Every circuit confronted with the issue after the Federal Rules of Evidence were enacted has allowed the use of government admissions in civil cases. *See, e.g.*, Jared M. Kelson, Note, *Government Admissions and Federal Rule of Evidence 801(d)(2)*, 103 Va. L. Rev. 355, 383 (2017).

expensive for the turnpike and turnpike customers" constitutes an admission by a party opponent that supports Plaintiffs' twin contentions that (1) the projects funded by the tolls required by Act 44 in excess of the funds required to operate and maintain the Turnpike are spent on projects that have no functional relationship to the Turnpike; and (2) that those excess tolls unduly burden interstate commerce *and* in fact deter travel.

## CONCLUSION

Governor Wolf's statements in a recorded interview concerning the Turnpike and Act 44 are admissible evidence that support the allegations in Plaintiffs' complaint, and undoubtedly overcome Governor Wolf's and Secretary Richards' hearsay objections to one portion of the statement. Plaintiffs respectfully bring the Governor's admissions to the attention of the Court.

Respectfully submitted,

*/s/ Kevin J. McKeon*
Kevin J. McKeon ID No PA 30428
Dennis A. Whitaker ID No PA 53975
Melissa A. Chapaska ID No PA 319449
Hawke McKeon & Sniscak, LLP
100 North Tenth Street
Harrisburg, PA 17101
(717) 236-1300
(717) 236-4841 (f)
kjmckeon@hmslegal.com
dawhitaker@hmslegal.com
machapaska@hmslegal.com

Co-Counsel for Plaintiffs

Paul D. Cullen, Sr. ID No DC 100230*
Paul D. Cullen, Jr. ID No DC 463759*
Kathleen B. Havener ID No DC 432638*
* *Appearing Pro Hac Vice*
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
pdc@cullenlaw.com
pxc@cullenlaw.com
kbh@cullenlaw.com

Counsel for Plaintiffs

Date: November 29, 2018

5

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 29, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the Middle District of Pennsylvania by using the ECF system. Pursuant to LR 5.7, participants in the case who are registered ECF users will be served by the ECF system.

*/s/ Melissa A. Chapaska*
Melissa A. Chapaska
Hawke, McKeon & Sniscak, LLP
100 N. 10th Street
Harrisburg, PA 17101
machapaska@hmslegal.com