### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OWNER OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al., Plaintiffs | : : : : : | No. 1:18-cv-00608 |
| | : | (Judge Kane) |
| v. | : : : | |
| PENNSYLVANIA TURNPIKE COMMISSION, et al., Defendants | : : : : | |

## ORDER

**AND NOW**, on this 4th day of April 2019, upon consideration of: (1) Defendant Craig R. Shuey's Motion to Dismiss (Doc. No. 49); (2) Defendants Tom Wolf, Governor of the Commonwealth of Pennsylvania, and Leslie S. Richards, Chair of the Pennsylvania Turnpike Commission and Secretary of the Pennsylvania Department of Transportation (collectively, the "Commonwealth Defendants")' Motion to Dismiss (Doc. No. 50); (3) the Pennsylvania Turnpike Commission (the "PTC"), William K. Lieberman, Vice Chair of the PTC, Barry T. Drew, Secretary Treasurer of the PTC, Pasquale T. Deon, Sr., Commissioner of the PTC, John N. Wozniak, Commissioner of the PTC, Mark P. Compton, Chief Executive Officer of the PTC, and Craig R. Shuey, Chief Operating Officer of the PTC (collectively, the "PTC Defendants")' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. No. 52); (4) Defendant William K. Lieberman's Motion to Dismiss (Doc. No. 53); (5) Plaintiffs' Motion to Certify Class and Appoint Class Counsel (Doc. No. 73); and (6) Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 84), **IT IS ORDERED THAT**:

1. The Commonwealth Defendants' and PTC Defendants' Motions to Dismiss (Doc. Nos. 50 and 52), are **GRANTED**;

2

2. Defendants Shuey's and Lieberman's Motions to Dismiss (Doc. Nos. 49 and 53), are **DENIED AS MOOT**;

3. Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 84), is **DENIED**;

4. Plaintiffs' Motion to Certify Class and Appoint Class Counsel (Doc. No. 73), is **DENIED AS MOOT**;  and

5. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
