UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-1775
_____

OWNER OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC.; NATIONAL MOTORIST ASSOCIATION; MARION L. SPRAY; B.L. REEVER TRANSPORT, INC.; FLAT ROCK TRANSPORTATION, LLC; MILLIGAN TRUCKING, INC.*; FRANK SCAVO; LAURENCE G. TARR,
　　　　　　　　　　　　　　　　　Appellants
v.

PENNSYLVANIA TURNPIKE COMMISSION; LESLIE S. RICHARDS, in her individual capacity and her official capacities as Chair of the PTC and Secretary of the Department of Transportation; WILLIAM K. LIEBERMAN, in his individual capacity and his official capacity as Vice Chair of the PTC; BARRY T. DREW, in his individual capacity and his official capacity as Secretary-Treasurer of the PTC; PASQUALE T. DEON, SR., in his individual capacity and his official capacity as Commissioner of the PTC; JOHN N. WOZNIAK, in his individual capacity and his official capacity as Commissioner of the PTC; MARK P. COMPTON, in his individual capacity and his official capacity as Chief Executive Officer of the PTC; CRAIG R. SHUEY, in his individual capacity and his official capacity as Chief Operating Officer of the PTC; TOM WOLF, Governor of the Commonwealth of Pennsylvania, in his individual capacity and his official capacity as Governor

　　　*(Amended as per the Clerk's 04/25/19 Order)
_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-18-cv-00608)
District Judge: Hon. Yvette Kane
_____

Argued July 9, 2019
_____

Before: SHWARTZ, KRAUSE, and FUENTES, Circuit Judges.

_____

## JUDGMENT

_____

This cause came to be considered on the record of the United States District Court for the Middle District of Pennsylvania and was argued on July 9, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Judgment of the District Court entered on April 4, 2019, is hereby AFFIRMED.  Costs taxed against Appellants.  All of the above in accordance with the Opinion of this Court.

    ATTEST:

    s/ Patricia S. Dodszuweit
    Clerk

Dated: 13 August 2019